**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____
                                              :
**JAIME CORREIA**                             :     **CASE NO. 3:24-cv-00146-OAW**
                          **Plaintiff,**      :
                                              :
**v.**                                        :
                                              :
**TOWN OF EASTON**                            :
                                              :
**EDWARD NAGY**                               :
      **IN HIS OFFICIAL CAPACITY**            :
      **AND INDIVIDUALLY**                    :
                                              :
**JASON PERKINS**                             :
      **INDIVIDUALLY AND**                    :
      **IN HIS OFFICIAL CAPACITY**            :
                                              :
                          **Defendants.**     :     **APRIL 23, 2025**
_____     :

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil

Procedure, the parties hereby stipulate that this Action may and shall be dismissed with

prejudice and without interest, costs or attorney's fees.

| **JAIME CORREIA** | **TOWN OF EASTON, EDWARD NAGY AND JASON PERKINS** |
|---|---|

By: /s/ Daniel T. Angelone           By: /s/ Michael J. Spagnola

Daniel T. Angelone, # ct29307        Michael J. Spagnola ct26717

Angelone Law Offices, L.L.C.         FordHarrison, LLP

799 Silver Lane                         City Place II

2nd Floor                              185 Asylum Street

Trumbull, CT  06611              Hartford, CT 06103

(203) 378-2979                     (860) 740-1355

(203) 375-5003 fax              Fax: (860) 578-2075

daniel@angelonelaw.com         MSpagnola@fordharrison.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2024, a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically and served by certified mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system of by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/ Daniel Angelone
Daniel Angelone